# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARTURO TORRES OCHOA,

    Plaintiff,

vs.

RENEE BAKER, et al.,

    Defendants.

Case No. 3:13-cv-00421-RCJ-VPC

**ORDER**

    Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, see 28 U.S.C. § 1915(h), has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and an application to proceed in forma pauperis (#1). The court dismisses this action because plaintiff did not include with his application a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2. Based upon review of the file, it does not appear that a dismissal without prejudice would affect materially the timeliness of a promptly filed new action.[1]

    IT IS THEREFORE ORDERED that the clerk of the court shall send plaintiff a blank form for an application to proceed in forma pauperis for incarcerated litigants and a blank civil rights complaint form with instructions.

///

---

[1] Plaintiff alleges that the events occurred on July 8-20, 2013. The two-year period of limitation applicable to civil rights actions pursuant to 42 U.S.C. § 1983 will not expire for almost two years. See Nev. Rev. Stat. § 11.190(4)(e). See also Perez v. Seevers, 869 F.2d 425, 426 (9th Cir. 1989) (per curiam).

-2-

IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice to plaintiff's commencement of a <u>new</u> action in which he either pays the filing fee in full or submits a complete application to proceed <u>in forma pauperis</u>, accompanied by a signed financial certificate and a statement of his inmate account. The clerk of the court shall enter judgment accordingly.

Dated:    August 21, 2013.

_____
ROBERT C. JONES
Chief United States District Judge