# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARTURO TORRES OCHOA,

    Plaintiff,

vs.

RENEE BAKER, et al.,

    Defendants.

Case No. 3:13-cv-00421-RCJ-VPC

**ORDER**

    The court dismissed this action because plaintiff filed an incomplete application to proceed in forma pauperis. Order (#3). Plaintiff has submitted an application seeking leave to file (#8), a motion seeking to be heard (#11), and a motion for preliminary injunction (#12). The court denies these motions because they do not address the reason why the court dismissed this action.

    IT IS THEREFORE ORDERED that plaintiff's application seeking leave to file (#8), motion seeking to be heard (#11), and motion for preliminary injunction (#12) are **DENIED**.

    Dated: This 15th day of October, 2013.

                                                     ROBERT C. JONES
                                                     Chief United States District Judge